UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELDON P. MCGEE,<br><br>                    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:14-CV-00776-RSL<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS** |

The Court, after careful consideration of the complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections filed thereto, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court **ADOPTS** the Report and Recommendation;

(2)     The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Report and Recommendation and this Order; and

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

1     DATED this 13th day of January, 2015.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
PROCEEDINGS - 2