UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELDON P. MCGEE,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. C14-776 RSL<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff moves for attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 24. The Commissioner responds that she does not object to the motion. Dkt. 27.  Having reviewed the motion, attachments, and the record, the Court recommends **GRANTING** plaintiff's motion for attorney's fees in the gross amount of $9,332.00, reduced by the amount of $4,922.55 to reflect attorney's fees previously awarded pursuant to the Equal Access to Justice Act ("EAJA"), leaving a net amount of **$4,409.45** payable to plaintiff's attorney Francisco Rodriguez. A proposed order is attached. This motion should be noted for consideration by the Honorable Robert S. Lasnik on June 22, 2016.

///

///

REPORT AND RECOMMENDATION - 1

DATED this 22nd day of June, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2