UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELDON P. MCGEE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. C14-776 RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)** |

The Court, after consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, hereby **GRANTS** plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 24. Plaintiff is awarded attorney's fees in the gross amount of $9,332.00, reduced by the amount of $4,922.55 to reflect attorney's fees previously awarded pursuant to the Equal Access to Justice Act ("EAJA"), leaving a net amount of **$4,409.45** payable to plaintiff's attorney Francisco Rodriguez. When issuing payment for attorney's fees pursuant to 42 U.S.C. § 406(b), the Social Security Administration is directed to pay Francisco Rodriguez the net balance of **$4,409.45**, minus any processing fees allowed by statute. Payment should be mailed to Francisco Rodriguez, Attorney at Law, P.O. Box 31844, Seattle, WA 98103.

///

///

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

DATED this 30th day of June, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 2